IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ANTHONY TURNER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL NO. 08-cv-432-GPM |
|  | ) |  |
| JOHN DOE, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failing to state a claim pursuant to 28 U.S.C. § 1915A. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff, **ANTHONY TURNER,** is to take nothing from this action.

**DATED**: 09/16/08

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. PATRICK MURPHY
U.S. DISTRICT JUDGE